**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY ROY KEETON,** ) | **NO. CV 17-7523-FMO (KS)** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **D. SEITZ, ET AL.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

      Pursuant to the Court's ORDER, IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:   May 11, 2018


                         _____/s/_____
                               FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE